# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL BOYD,<br><br>                Plaintiff,<br><br>v.<br><br>CORRECTION OFFICER AARON SILVA,<br>BRIAN RIORDAN, INSPECTOR REGINA<br>MORROW<br>                Defendants. | Civil Action No: 11-6625 (CCC)<br><br><br><br>**O R D E R** |

      This matter comes before the Court on Michael Boyd's ("Plaintiff") motion to remand the pending action (Docket No. 4). On June 29, 2012, Magistrate Judge Joseph A. Dickson issued a Report and Recommendation that Plaintiff's motion to remand be denied. No objections have been filed thereto. The Court has considered the submissions of the parties, and Judge Dickson's Report and Recommendation, dated June 29, 2012, and for substantially the same reasons stated therein,

      IT IS on this 19th day of July, 2012

      **ORDERED** that this Court adopts Judge Dickson's June 29, 2012 Report and Recommendation and thus denies Plaintiff's motion to remand.

                                      *s/ Claire C. Cecchi*
                              **HON. CLAIRE C. CECCHI**
                              **United States District Judge**